# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,     )
                                      )
                Plaintiff,     )
                                      )
        vs.                    )     Case No. 02-40098-JAR
                                      )
                                      )
TRISTAN MITCHELL,          )
                                      )
               Defendant.    )
_____ )

## MEMORANDUM AND ORDER GRANTING DEFENDANT'S
## MOTION TO MODIFY AND/OR TERMINATE SUPERVISED RELEASE

This matter is before the Court on Defendant Tristan Mitchell's Motion to Modify and/or Terminate Supervised Release (Doc. 417). The Court has thoroughly reviewed the Defendant's motion and consulted with the United States Probation Officer. The United States Attorney does not object to the motion.

In 2003 Mr. Mitchell was convicted of possession of a controlled substance with intent to distribute, and sentenced to a term of 168 months imprisonment followed by five years of supervised release. In January 2013, Mr. Mitchell commenced his term of supervised release. Mr. Mitchell has performed exceedingly well while on supervision. Mr. Mitchell had no parental supervision or support and was living on his own at the time he was arrested in this case. He was still a teenager and had grown up under very difficult circumstances. Despite his background and in the aftermath of serving ten years in federal prison, Mr. Mitchell has shown remarkable focus, drive and determination to excel. He has maintained steady employment as an

independent Certified Personal Trainer.  He has shown maturity and financial responsibility in supporting himself.  He has shown that he is goal oriented and committed to personal growth, having completed seven semesters at Washburn University where he is working towards a degree in Athletic Training.

The Court commends Mr. Mitchell for all of his accomplishments and is satisfied that he well deserves an early termination from supervised release.  The Court wishes Mr. Mitchell the very best in all future endeavors.

**IT IS THEREFORE ORDERED** that the Defendant's Motion to Modify and/or Terminate Supervised Release (Doc. 417) is **GRANTED**.

Dated: <u>May 2, 2017</u>

 S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE
